IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> W.C. WOOD CORPORATION, LTD., *et al.*, <br><br> Foreign Applicants in Foreign Proceedings. | Chapter 15 <br><br> Case No. 09-_____ (___) <br><br> Jointly Administered |

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO
## FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007(a)(1) AND 7007.1

BDO Dunwoody Limited is the court-appointed monitor (the "**Monitor**") and authorized foreign representative of W.C. Wood Holdings, Inc., W.C. Wood Corporation, Inc., and W.C. Wood Corporation, Ltd. (together, the "**Applicants**" or "**W.C. Wood**") in proceedings (the "**Canadian Proceedings**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended (the "**CCAA**"), pending before the Ontario Superior Court of Justice (Commercial List) (the "**Ontario Court**"). On May 29, 2009, the Monitor commenced these chapter 15 cases (the "**Chapter 15 Cases**") by filing the *Verified Chapter 15 Petitions For Recognition of the Canadian Proceedings* on behalf of each of the Applicants (collectively, the "**Chapter 15 Petitions**") pursuant to sections 1504 and 1515 of the Bankruptcy Code.[1]

The Monitor hereby files this statement pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rule of Bankruptcy Procedure and states the following:

1. W.C. Wood Corporation, Inc., a Delaware corporation, is a direct, wholly-owned subsidiary of W.C. Wood Holdings, Inc., also a Delaware corporation, with its

---

[1] Additional background concerning the basis for these chapter 15 cases, the Canadian Proceedings, the Applicants' business, corporate organization, capital structure, and circumstances leading to the chapter 15 filings is set forth in the affidavit of Michael Hadjinian sworn to May 18, 2009 (the "**Hadjinian Affidavit**"). A copy of the Hadjinian Affidavit is annexed as Exhibit A to the Transmittal Affidavit of Russell C. Silberglied sworn to on May 29, 2009 and filed contemporaneously herewith.

registered head office at 677 Woodlawn Drive, P.O. Box 310, Ottawa, Ohio 45875-0310, USA.

2. W.C. Wood Corporation, Ltd., an Ontario corporation, is a direct, wholly-owned subsidiary of W.C. Wood Corporation, Inc., with its registered head office at 5 Arthur St. South, Guelph, Ontario N1H 6L9, Canada.

3. The following entities own 10% or more of W.C. Wood Holdings, Inc.:

| Entity | Percentage |
| --- | --- |
| Red Diamond Capital<br>655 Third Avenue<br>New York, NY  10017 | 92.5% |

4. No corporation directly or indirectly owns 10% or more of any class of the Monitor's equity interests.

Dated: May 29, 2009
     Wilmington, Delaware

_/s/ Russell C. Silberglied_
Russell C. Silberglied (No. 3462)
Paul N. Heath (No. 3704)
L. Katherine Good (No. 5101)
Katisha D. Fortune (No. 4857)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
Tel:  (302) 651-7700
Fax:  (302) 651-7701
Email:  silberglied@rlf.com
        heath@rlf.com
        good@rlf.com
        fortune@rlf.com

*Attorneys for BDO Dunwoody Limited,*
*as Foreign Representative of W.C. Wood*